UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESUS MONTES DE OCA GODINEZ,

    Plaintiff,

v.

TOM GILES, *et al.*,

    Defendants.

Case No. C08-5601 RBL/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 3) is **GRANTED**. Plaintiff is currently detained at the Northwest Detention Center, Tacoma, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 24th day of November, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1