UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESUS MONTES DE OCA GODINEZ,<br><br>                 Plaintiff,<br><br>    v.<br><br>TOM GILES, *et al.*,<br><br>                 Defendants. | Case No. C08-5601 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT |

The Court, having reviewed Defendant Tom Giles's Motion for Extension of Time to File Answer (Dkt. # 11), and the balance of the records, does hereby **ORDER:**

(1) Defendants' motion (Dkt. # 11) is **GRANTED**. Defendant Tom Giles shall file his Answer to Plaintiff's Complaint **on or before April 6, 2009**.

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this  13th  day of February, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1