1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
9
10   JESUS MONTES DE OCA GODINEZ,          Case No. C08-5601 RBL/KLS

                      Plaintiff,
11
12              v.                          ORDER ADOPTING REPORT
                                            AND RECOMMENDATION
     TOM GILES, *et al*,
13
                      Defendants.
14
15
16        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

17   Strombom, objections to the report and recommendation, if any, and the remaining record, does

18   hereby find and ORDER:

19        (1)   The Court adopts the Report and Recommendation;

20        (2)   Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule
                41(b)(2) of the Federal Rules of Civil Procedure; and
21
          (3)   The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen
22              L. Strombom.

23        DATED this 8th day of June, 2008.

24
25
26        _____
          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE
27
28
     ORDER
     Page - 1