# United States District Court

WESTERN DISTRICT OF WASHINGTON

JESUS MONTES DE OCA GODINEZ

       v.

TOM GILES, et al,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5601RBL-KLS

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

      June 9, 2009                                BRUCE RIFKIN
                                                                 Clerk

                                           _/s/ Jennie L. Patton_
                                                    Deputy Clerk